**EXHIBIT C**

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (7/2012)

Supreme COURT, COUNTY OF Rockland

Index No: 1260\16    Date Index Issued: 08/15/2016

**For Court Clerk Use Only:**
IAS Entry Date
Judge Assigned
RJI Date

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

MICHAEL SULLIVAN,
For a Judgment Pursuant To CPLR article 78 and for Declaratory Judgment and other relief

Plaintiff(s)/Petitioner(s)

-against-

GEORGE HOEHMANN, Individually and as Town Supervisor of the Town of Clarkstown, Councilman FRANK BORELLI, Individually and as a Member of the Clarkstown Town Board, Councilwoman STEPHANIE HAUSNER, as a Member of the Clarkstown Town Board, Councilman JOHN J. NOTO, Individually and as a Member of the Clarkstown Town Board, Councilwoman ADRIENNE D. CAREY, Individually and as a Member of the Clarkstown Town Board, the TOWN OF CLARKSTOWN and the TOWN BOARD OF THE TOWN OF CLARKSTOWN,

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING: Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ☐ Contested
  NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum**. For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- ☐ Asbestos
- ☐ Breast Implant
- ☐ Environmental: _____ (specify)
- ☐ Medical, Dental, or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability: _____ (specify)
- ☐ Other Negligence: _____ (specify)
- ☐ Other Professional Malpractice: _____ (specify)
- ● Other Tort: 42 USC sec 1983, CivServLaw 75(b), Labor Law 740 (specify)

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution [see NOTE under Commercial]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other: _____ (specify)

**COMMERCIAL**
- ☐ Business Entity (including corporations, partnerships, LLCs, etc.)
- ☐ Contract
- ☐ Insurance (where insurer is a party, except arbitration)
- ☐ UCC (including sales, negotiable instruments)
- ☐ Other Commercial: _____ (specify)
  NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the **COMMERCIAL DIV RJI Addendum**.

**REAL PROPERTY:** How many properties does the application include? ___
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):   ☐ Residential   ☐ Commercial
  Property Address: _____ Street Address  City  State  Zip
  NOTE: For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum**.
- ☐ Tax Certiorari - Section: ___ Block: ___ Lot: ___
- ☐ Tax Foreclosure
- ☐ Other Real Property: _____ (specify)

**SPECIAL PROCEEDINGS**
- ☐ CPLR Article 75 (Arbitration) [see NOTE under Commercial]
- ☐ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene: _____ (specify)
- ☐ Other Special Proceeding: _____ (specify)

## STATUS OF ACTION OR PROCEEDING: Answer YES or NO for EVERY question AND enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ☐ | ● | If yes, date filed: _____ |
| Has a summons and complaint or summons w/notice been served? | ☐ | ● | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ● | If yes, judgment date: _____ |

| NATURE OF JUDICIAL INTERVENTION: | Check ONE box only AND enter additional information where indicated. | | |
|---|---|---|---|
| ○ Infant's Compromise | | | |
| ○ Note of Issue and/or Certificate of Readiness | | | |
| ○ Notice of Medical, Dental, or Podiatric Malpractice | Date Issue Joined: _____ | | |
| ○ Notice of Motion | Relief Sought: _____ | Return Date: _____ | |
| ○ Notice of Petition | Relief Sought: _____ | Return Date: _____ | |
| ● Order to Show Cause | Relief Sought: Injuction/Restraining Order | Return Date: _____ | |
| ○ Other Ex Parte Application | Relief Sought: _____ | | |
| ○ Poor Person Application | | | |
| ○ Request for Preliminary Conference | | | |
| ○ Residential Mortgage Foreclosure Settlement Conference | | | |
| ○ Writ of Habeas Corpus | | | |
| ○ Other (specify): _____ | | | |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the **RJI Addendum**. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| Garvey v Sullivan, et al. | 2416/2012 | Supreme Court, Rockland County | Hon. Gerald Loehr | one or more related parties |
| | | | | |
| | | | | |

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the **RJI Addendum**.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | SULLIVAN (Last Name) MICHAEL (First Name) Primary Role: Plaintiff Secondary Role (if any): Petitioner | GLICKEL (Last Name) RICHARD (First Name) Firm Name 2 Crosfield Avenue, Ste 103, West Nyack (Street Address) New York (State) 10994 (Zip) +1 (845) 353-4300 (Phone) +1 (845) 353-6221 (Fax) rglickel@optonline.net (e-mail) | ○ YES ● NO | |
| ☐ | HOEHMANN (Last Name) GEORGE (First Name) Primary Role: Defendant Secondary Role (if any): Respondent | SCIARRETTA (Last Name) LINO (First Name) OFFICE OF THE CLARKSTOWN TOWN ATTORNEY (Firm Name) 10 Maple Avenue, (Street Address) New City (City) New York (State) 10956 (Zip) +1 (845) 639-2060 (Phone) +1 (845) 639-2189 (Fax) (e-mail) | ○ YES ● NO | |
| ☐ | BORELLI (Last Name) FRANK (First Name) Primary Role: Defendant Secondary Role (if any): Respondent | SAME AS ABOVE | ○ YES ● NO | |
| ☐ | HAUSNER (Last Name) STEPHANIE (First Name) Primary Role: Defendant Secondary Role (if any): Respondent | SAME AS ABOVE | ○ YES ● NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: 08/19/2016

_[signature]_

SIGNATURE
Richard A. Glickel

1245422
ATTORNEY REGISTRATION NUMBER

PRINT OR TYPE NAME

[Print Form]

# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

**Supreme** COURT, COUNTY OF **Rockland**  Index No: _____

For use when additional space is needed to provide party or related case information.

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | NOTO (Last Name) / JOHN (First Name) / Primary Role: Defendant / Secondary Role: Respondent | SCIARRETTA (Last Name) LINO (First Name) / OFFICE OF THE CLARKSTOWN TOWN ATTORNEY (Firm Name) / 10 Maple Avenue, New City, New York 10956 / +1 (845) 639-2060 Phone  +1 (845) 639-2189 Fax | ○ YES  ● NO | |
| ☐ | CAREY (Last Name) / ADRIENNE (First Name) / Primary Role: Defendant / Secondary Role: Respondent | SAME AS ABOVE | ○ YES  ● NO | |
| ☐ | TOWN OF CLARKSTOWN (Last Name) / (First Name) / Primary Role: Defendant / Secondary Role: Respondent | SAME AS ABOVE | ○ YES  ● NO | |
| ☐ | TOWN BOARD OF THE TOWN OF CLARKSTOWN / Primary Role: Defendant / Secondary Role: Respondent | SAME AS ABOVE | ○ YES  ● NO | |
| ☐ | | | ○ YES  ○ NO | |
| ☐ | | | ○ YES  ○ NO | |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |