**EXHIBIT D**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
----------------------------------------X
In the Matter of the Application of

MICHAEL SULLIVAN,

                        Petitioner/Plaintiff,

For a Judgment Pursuant to CPLR Article 78 and for a
Declaratory Judgment and other relief

             - against -                                   Index No.: 1260/2016

GEORGE HOEHMANN, Individually and as Town          **NOTICE TO STATE COURT**
Supervisor of the Town of Clarkstown, Councilman FRANK    **OF REMOVAL TO UNITED**
BORELLI, Individually and as a Member of the Clarkstown    **STATES DISTRICT COURT**
Town Board, Councilwoman STEPHANIE HAUSER, as a
Member of the Clarkstown Town Board, Councilman JOHN
J. NOTO, Individually and as a Member of the Clarkstown
Town Board, Councilwoman ADRIENNE D. CAREY,
Individually and as a Member of the Clarkstown Town
Board, the TOWN OF CLARKSTOWN and the TOWN
BOARD OF THE TOWN OF CLARKSTOWN,

                        Respondents/Defendants.
----------------------------------------X

To:    SUPREME COURT OF THE STATE OF NEW YORK
        County of Rockland, Civil Department
        1 South Main Street
        New City, New York 10956

        Richard A. Glickel, Esq.
        Centerock East, Suite 103
        Two Crosfield Avenue
        West Nyack, New York 10994
        *Attorney for Petitioner*

        **PLEASE TAKE NOTICE** that Respondents in the above-captioned action, pursuant to 28

U.S.C. § 1441, have on this date filed a Notice of Removal of this case from the Supreme Court of the

State of New York, County of Rockland, containing a statement of the basis entitling it to remove this

case to the United States District Court for the Southern District of New York, together with a copy of all processes, pleadings, and orders served upon it in the above-captioned matter.

Dated: August 25, 2016

>Respectfully submitted,
>
>BLEAKLEY PLATT & SCHMIDT, LLP
>*Attorneys for Respondents*
>
>By: _____
>William P. Harrington
>Justin M. Gardner
>ONE NORTH LEXINGTON AVENUE
>WHITE PLAINS, N.Y. 10601
>(914) 949-2700