**EXHIBIT E**

William P. Harrington (WH-5262)
Justin M. Gardner (JG-6169)
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 949-2700
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X
In the Matter of the Application of

MICHAEL SULLIVAN,                                                    Case No.:
                               Petitioner/Plaintiff,

For a Judgment Pursuant to CPLR Article 78 and for a
Declaratory Judgment and other relief

                    *- against -*

GEORGE HOEHMANN, et al.,

                               Respondents/Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the NOTICE OF REMOVAL was furnished via email and

UPS Next Day Air to:

    Richard A. Glickel, Esq.
    Centerock East, Suite 103
    Two Crosfield Avenue
    West Nyack, NY 10994

    *Attorneys for Plaintiff*

On this 25th day of August, 2016

                              _____
                              WILLIAM P. HARRINGTON (WH5262)

1